IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Faith M. Price  : Chapter 13
       Debtor  :
         :
         : No. 16-10883-mdc

## **ORDER**

AND NOW, this __12th__ day of __July__, 2016 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of $3,000.00, and costs in the amount of $400.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED.  The amount of $1,500.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

BY THE COURT:

_/s/ Magdeline D. Coleman_
Magdeline D. Coleman, Bankruptcy Judge