UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Faith M. Price            :      Chapter 13
                                    :      No. 16-10883-mdc

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## NOTICE OF OBJECTION TO CLAIMS
## AND HEARING DATE

    Faith M. Price has filed an Objection to Proof of Claim No. 5 filed by PNC Bank, N.A. in this bankruptcy case.

    <u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

    If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman on **September 1, 2016, at 11:00 A.M.,** in Courtroom **2**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to you claim.

Date: <u>July 13, 2016</u>            */s/ Scott F. Waterman*_____
                                    SCOTT F. WATERMAN, ESQUIRE
                                    Attorney for Objector
                                    WATERMAN & MAYER, LLP
                                    110 W. Front Street, Media, PA 19063
                                    (610) 566-6177
                                    (610) 892-6991 Fax