United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-10883-mdc
Faith M Price                                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP              Page 1 of 1              Date Rcvd: Jul 13, 2016
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
db             +Faith M Price,    206 Felton Avenue,    Sharon Hill, PA 19079-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN    on behalf of Debtor Faith M Price scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                          TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Faith M. Price           :   Chapter 13
        Debtor           :
                         :
                         :   No. 16-10883-mdc

## ORDER

AND NOW, this 12th day of July, 2016 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of $3,000.00, and costs in the amount of $400.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED. The amount of $1,500.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

BY THE COURT:

_____
Magdeline D. Coleman, Bankruptcy Judge