UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Faith M. Price                                        :   Chapter 13
                              Debtor                    :
                                                               :   No. 16-10883-mdc

**PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM NUMBER 5 OF
PNC BANK, N.A.**

TO THE CLERK:

Kindly withdraw the Debtor's Objection to the proof of claim number 5 of PNC Bank,

N.A. as the creditor has filed an amended claim.

Respectfully Submitted,

**WATERMAN & MAYER, LLP.**

Dated:  September 1, 2016                    BY:___/s/ Scott F. Waterman_____
                                                                      Scott F. Waterman, Esquire
                                                                      Attorney for Debtor
                                                                      110 W. Front Street
                                                                      Media, PA  19063
                                                                      (610) 566-6177 Phone
                                                                      (610) 892-6991 Fax