UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Faith Price | : | Chapter 13 |
| | : | |
| Debtor | : | No. 16-10883-mdc |

# **ORDER**

AND NOW, this 15th day of December, 2016, upon consideration of Debtor's Motion for Post-Confirmation Modification of her Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Third Amended Chapter 13 Plan shall be approved.

BY THE COURT:

_____
Magdeline D. Coleman, Bankruptcy Judge