United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Faith M Price  
    Debtor

Case No. 16-10883-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Dec 16, 2016  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db        +Faith M Price,   206 Felton Avenue,    Sharon Hill, PA 19079-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN    on behalf of Debtor Faith M Price scottfwaterman@gmail.com,  
         scottfwaterman@gmail.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Faith Price : Chapter 13
:
Debtor : No. 16-10883-mdc

# ORDER

AND NOW, this 15th day of December, 2016, upon consideration of Debtor's Motion for Post-Confirmation Modification of her Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Third Amended Chapter 13 Plan shall be approved.

BY THE COURT:

_____
Magdeline D. Coleman, Bankruptcy Judge