# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-10883-MDC

FAITH M PRICE

206 FELTON AVENUE

SHARON HILL, PA 19079

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FAITH M PRICE

206 FELTON AVENUE

SHARON HILL, PA 19079

Counsel for debtor(s), by electronic notice only.

SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-

Date: 7/7/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee