UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Faith M. Price       :     Chapter 13
                            :
         Debtor             :     No. 16-10883-mdc

## PRAECIPE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO
## 11 U.S.C. § 1307(a)

Debtor, Faith M. Price, respectfully represents:

1. This case was filed as a Chapter 13 on February 11, 2016.

2. The case has not been previously converted.

3. The Debtor filed this case to cure mortgage arrears based upon her income and assistance from her niece who was leaving with her.

4. The Debtor's niece has moved away reducing her monthly income.

5. The Debtor is eligible to be a debtor under Chapter 7.

6. The Debtor desires to convert to a case under Chapter 7 of 11 U.S.C. and to have a Chapter 7 Trustee appointed.

   **WHEREFORE**, the Debtor requests for relief under Chapter 7 of title 11 of the United States Code.

                                    Respectfully submitted:

                                    **WATERMAN & MAYER, LLP**

Dated:  March 19, 2018              By: _/s/ Scott F. Waterman_
                                    **SCOTT F. WATERMAN, ESQUIRE**
                                    Attorney for Debtor
                                    110 W. Front Street
                                    Media, PA  19063
                                    (610) 566-6177 Phone
                                    (610) 892-6991  Fax