United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-10883-mdc
Faith M Price                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2           Date Rcvd: Mar 20, 2018
                              Form ID: 210U           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db          +Faith M Price,    206 Felton Avenue,    Sharon Hill, PA 19079-2105
13673359    +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13673361    +Erin Capital Management, LLC,    35 E 21st Street,    New York, NY 10010-6212
13673362    +Erin Capital Management, LLC,    c/o Kenneth S. Shapiro, Esquire,    33 Rock Hill Road, Ste. 150,
              Bala Cynwyd, PA 19004-2051
13673364    +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
13755230    +PNC Bank, N.A.,    P.O. Box 8703,    Dayton, OH 45401-8703
13755141    +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13673365    +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
13673366    +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13676795    +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
              Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Mar 21 2018 01:38:37     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:38:03     Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2018 01:38:24     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2018 01:46:13     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13673360    +E-mail/Text: EBNProcessing@afni.com Mar 21 2018 01:38:18     Afni,    Po Box 3097,
              Bloomington, IL 61702-3097
13741821    +E-mail/Text: bankruptcy@cavps.com Mar 21 2018 01:38:21     Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13673363     E-mail/Text: cio.bncmail@irs.gov Mar 21 2018 01:37:47     Dept. of the Treasury,
              Internal Revenue Service,    PO Box 7346,    Phila., PA 19101-7346
13681956     E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2018 01:46:14
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13739841    +Fax: 866-311-5818 Mar 21 2018 01:53:21     Systems & Services Technologies, Inc.,
              4315 Pickett Road,    St. Joseph, Missouri 64503-1600
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor Faith M Price scottfwaterman@gmail.com,
               scottfwaterman@gmail.com

```
District/off: 0313-2           User: John                 Page 2 of 2              Date Rcvd: Mar 20, 2018
                               Form ID: 210U              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Faith M Price                                                    Case No: 16−10883−mdc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 3/20/18

For The Court

Timothy B. McGrath
Clerk of Court

72
Form 210U