IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Faith M. Price fka Faith Price Thomas<br>Debtor | CHAPTER 7 |
| PNC BANK, NATIONAL ASSOCIATION<br>Movant<br>vs. | NO. 16-10883 MDC |
| Faith M. Price fka Faith Price Thomas<br>Debtor | 11 U.S.C. Section 362 |
| TERRY P. DERSHAW<br>Trustee | |

## ORDER

AND NOW, this /6th day of May, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 206 Felton Avenue, Sharon Hill, PA 19079 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.

Faith M. Price fka Faith Price Thomas
206 Felton Avenue
Sharon Hill, PA 19079

Scott F. Waterman,, Esq.
Iannello, Waterman & Muir, LLP
110 West Front Street
Media, PA 19063

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532