United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 16-10883-mdc
Faith M Price                                                          Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP                 Page 1 of 1                 Date Rcvd: May 17, 2018
                      Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db            +Faith M Price,   206 Felton Avenue,   Sharon Hill, PA 19079-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN    on behalf of Debtor Faith M Price scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                   TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Faith M. Price fka Faith Price Thomas<br>　　　　　　　　　　Debtor | CHAPTER 7 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　　　　Movant<br>vs. | NO. 16-10883 MDC |
| Faith M. Price fka Faith Price Thomas<br>　　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| TERRY P. DERSHAW<br>　　　　　　　　　　Trustee | |

### ORDER

AND NOW, this 16th day of May, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 206 Felton Avenue, Sharon Hill, PA 19079 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Faith M. Price fka Faith Price Thomas
206 Felton Avenue
Sharon Hill, PA 19079

Scott F. Waterman,, Esq.
Iannello, Waterman & Muir, LLP
110 West Front Street
Media, PA 19063

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532