United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Faith M Price  
      Debtor

Case No. 16-10883-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Jun 27, 2018  
                      Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db          +Faith M Price,    206 Felton Avenue,    Sharon Hill, PA 19079-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:

          ANDREW F GORNALL     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION  
           agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          KEVIN G. MCDONALD     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
          MATTEO SAMUEL WEINER     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION  
           bkgroup@kmllawgroup.com  
          SCOTT F. WATERMAN     on behalf of Debtor Faith M Price scottfwaterman@gmail.com,  
           scottfwaterman@gmail.com  
          TERRY P. DERSHAW     td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com  
          THOMAS I. PULEO     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Faith M Price : Case No. 16–10883–mdc

    Debtor(s)

## *ORDER*
_____

AND NOW, this day , June 27, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court