United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10883-mdc
Faith M Price                                                             Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP                   Page 1 of 2              Date Rcvd: Jun 27, 2018
                                Form ID: 318                  Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db          +Faith M Price,   206 Felton Avenue,   Sharon Hill, PA 19079-2105
13673359    +Acs Inc,   Attn: Bankruptcy,   Po Box 56317,   Philadelphia, PA 19130-6317
13673361    +Erin Capital Management, LLC,   35 E 21st Street,   New York, NY 10010-6212
13673362    +Erin Capital Management, LLC,   c/o Kenneth S. Shapiro, Esquire,   33 Rock Hill Road, Ste. 150,
              Bala Cynwyd, PA 19004-2051
13673364    +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
              Philadelphia, PA 19106-1538
13755230    +PNC Bank, N.A.,   P.O. Box 8703,   Dayton, OH 45401-8703
13755141    +PNC Bank, National Association,   Attn: Bankruptcy,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13673365    +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
13673366    +Scott F. Waterman, Esquire,   110 W. Front Street,   Media, PA 19063-3208
13676795    +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
              Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: BTPDERSHAW.COM Jun 28 2018 06:13:00    TERRY P. DERSHAW,   Dershaw Law Offices,
              P.O. Box 556,   Warminster, PA  18974-0632
smg          E-mail/Text: megan.harper@phila.gov Jun 28 2018 02:07:55    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 28 2018 02:07:36
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 28 2018 02:07:54    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,  615 Chestnut Street,   Philadelphia, PA 19106-4404
13673360    +EDI: AFNIRECOVERY.COM Jun 28 2018 06:13:00    Afni,   Po Box 3097,
              Bloomington, IL 61702-3097
13741821    +E-mail/Text: bankruptcy@cavps.com Jun 28 2018 02:07:53    Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13673363     EDI: IRS.COM Jun 28 2018 06:13:00    Dept. of the Treasury,   Internal Revenue Service,
              PO Box 7346,   Phila., PA 19101-7346
13681956     EDI: RECOVERYCORP.COM Jun 28 2018 06:13:00    Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13739841    +Fax: 866-311-5818 Jun 28 2018 02:43:30    Systems & Services Technologies, Inc.,
              4315 Pickett Road,   St. Joseph, Missouri 64503-1600
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN    on behalf of Debtor Faith M Price scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2            Date Rcvd: Jun 27, 2018
                              Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    THOMAS I. PULEO  on behalf of Creditor  PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

                                 TOTAL: 7

Case 16-10883-mdc    Doc 90    Filed 06/29/18    Entered 06/30/18 01:00:49    Desc Imaged
Certificate of Notice    Page 2 of 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Faith M Price** | Social Security number or ITIN  **xxx–xx–3910** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–10883–mdc**

## Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Faith M Price
  fka Faith Price Thomas

<u>6/27/18</u>                                                                 **By the court:**   <u>Magdeline D. Coleman</u>
                                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**